Leonardo Trivigno, Esq.
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 732-3200
trivigno@clm.com

*Attorney for Defendant Blk & Bold, LLC*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTURO ESTEVEZ, Individually, and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>vs.<br><br>BLK & BOLD, LLC<br><br>　　　　　Defendant. | Case No: 21-cv-8945-AT<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Blk & Bold, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE.**

Dated:　December 8, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　CARTER LEDYARD & MILBURN LLP

　　　　　　　　　　　　　　　　　By:　　/s/ *Leonardo Trivigno*
　　　　　　　　　　　　　　　　　Leonardo Trivigno, Esq.
　　　　　　　　　　　　　　　　　2 Wall Street
　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　Tel: (212) 732-3200
　　　　　　　　　　　　　　　　　trivigno@clm.com

　　　　　　　　　　　　　　　　　*Attorney for Defendant Blk & Bold, LLC*

11022214.2