# CARTER LEDYARD MILBURN

**Leonardo Trivigno**
Counsel
trivigno@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8724

December 8, 2021

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Arturo Estevez v. Blk & Bold, LLC.</u> <u>(Case No. 21-cv-8945-AT)</u>

Dear Judge Torres:

    This firm acts as New York counsel for Defendant Blk & Bold, LLC. I write to request an extension of Defendant's time to respond to the complaint to December 21, 2021. Defendant's current deadline to respond is December 10, 2021. This is Defendant's first request for an extension. Defendant requests the adjournment to allow it time to review the claims asserted by the Plaintiff and any possible defenses. Plaintiff's counsel has consented to the requested adjournment.

                            Respectfully Submitted,

                            */s/ Leonardo Trivigno*

                            Leonardo Trivigno

LT:tbm